MARY DE MARTINO, Appellant, *v.* BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent, Impleaded with Another.

Argued January 23, 1941; decided February 27, 1941.

*Samuel Resnicoff* for appellant.

*William C. Chanler, Corporation Counsel (William Mason Smith, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.